# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

PRO-TEAM, INC., an Idaho corporation,

        Plaintiff,

vs.                                      Civ. No. 98-1113 MV/WWD

SANDIA PLASTICS, INC., a New Mexico
corporation, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This matter came before the Court in a telephonic Rule 16 conference on March 11, 1999.

Counsel for the parties agreed that I should deal with the matter as if they were making an oral

motion to quash coupled with an oral motion for protective order.  Both of these motions were in

connection with the taking of the deposition of Mr. Goldberg of a company called Mastercraft in

the State of New York.  After hearing the arguments of counsel, I determined that the information

sought from Mr. Goldberg was relevant and discoverable, and that neither a motion to quash nor

a motion for protective order should be granted in the circumstances presented.  Accordingly, the

relief sought by the Defendant in connection with the taking of the deposition of Mr. Goldberg

should be denied.

        Discovery shall proceed in accordance with the foregoing.

        **IT IS SO ORDERED**.

                              _____
                              UNITED STATES MAGISTRATE JUDGE